# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN FLOOR OFFICERS,<br><br>    Defendants. | Case No. 1:17-cv-00395-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 10 & 11)<br><br>ORDER FOR THIS ACTION TO PROCEED AGAINST DEFENDANTS UNKNOWN OFFICER 1 AND UNKNOWN OFFICER 2 FOR FAILURE TO PROTECT IN VIOLATION OF THE FOURTEENTH AMENDMENT, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS WITH PREJUDICE |

Trenell Monson ("Plaintiff") is a pretrial detainee being held at Fresno County Jail. He is proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's Second Amended Complaint, which was filed on August 28, 2017. (ECF No. 10). The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that this action proceed against defendants Unknown Officer 1 and Unknown Officer 2 on Plaintiff's claim for failure to protect in violation of the Fourteenth Amendment, and that all other claims and defendants be dismissed with prejudice. (ECF No. 11). Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days. Plaintiff did not file objections or otherwise respond to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on September 28, 2017, are ADOPTED in full;
2. This action now proceeds on Plaintiff's Second Amended Complaint (ECF No. 10) against defendants Unknown Officer 1 and Unknown Officer 2 on Plaintiff's claim for failure to protect in violation of the Fourteenth Amendment;
3. All other claims and defendants are DISMISSED from this action, with prejudice; and
5. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   November 17, 2017                    _____
                                               SENIOR DISTRICT JUDGE