UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN FLOOR OFFICERS,<br><br>    Defendants. | Case No. 1:17-cv-00395-LJO-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO SERVE<br><br>(ECF NO. 13)<br><br>21-DAY DEADLINE |

Trenell Monson ("Plaintiff") is a pretrial detainee being held at Fresno County Jail. He is proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's Second Amended Complaint (ECF No. 10) against defendants Unknown Officer 1 and Unknown Officer 2 on Plaintiff's claim for failure to protect in violation of the Fourteenth Amendment. (ECF Nos. 11 & 12).

As no defendants had been identified in this case, on November 21, 2017, the Court opened limited discovery so that Plaintiff could identify Unknown Officer 1 and Unknown Officer 2, and find service addresses for them. (ECF No. 13, p. 1). Specifically, the Court allowed Plaintiff to request the issuance of third party subpoenas. (Id. at 2).

Plaintiff was warned that if he failed to identify and provide service addresses for Unknown Officer 1 and Unknown Officer 2 within 120 days from the date of service of the

1

order opening limited discovery, the Court would recommend dismissal of Unknown Officer 1 and Unknown Officer 2 for failure to serve. (Id. at 1-2).

The 120-day period has now passed, and Plaintiff has not identified Unknown Officer 1 or Unknown Officer 2, or even requested a third party subpoena.

Accordingly, it is HEREBY ORDERED that within **twenty-one (21) days** from the date of service of this order, Plaintiff shall show cause why the Court should not issue findings and recommendations, recommending that this case be dismissed, without prejudice, for failure to serve and failure to prosecute.

IT IS SO ORDERED.

Dated: __**April 2, 2018**__   /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE