# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>      Plaintiff,<br><br>v.<br><br>UNKNOWN FLOOR OFFICERS,<br><br>      Defendants. | Case No. 1:17-cv-00395-LJO-EPG (PC)<br><br>ORDER SUBSTITUTING NAMED DEFENDANTS IN PLACE OF UNKNOWN OFFICERS, FINDING SERVICE OF COMPLAINT APPROPRIATE, AND DIRECTING CLERK TO COMPLETE SERVICE DOCUMENTS<br><br>(ECF NO. 10) |

Trenell Monson ("Plaintiff") is a pretrial detainee being held at Fresno County Jail. He is proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 28, 2017, the Court entered findings and recommendations, recommending "that this case proceed against defendants Unknown Officer 1 and Unknown officer 2 on Plaintiff's claim for failure to protect in violation of the Fourteenth Amendment, and that all other claims and defendants be dismissed with prejudice." (ECF No. 11, p. 8).

On November 17, 2017, District Judge Anthony W. Ishii issued an order adopting the findings and recommendations in full. (ECF No. 12).

As this case is proceeding only against two unknown officers, on Plaintiff's request, the Court directed the United States Marshals Service to serve a subpoena on Fresno County Sheriff's Office for documents that would help Plaintiff identify and locate the two unknown

officers. (ECF No. 22). Per the order (Id. at 1), Fresno County Sheriff's Office responded by providing the Court with the names of the two officers it believes fit Plaintiff's description, as well as their service addresses.

Therefore, the Court will substitute these officers in place of the unknown officers, and find Plaintiff's Second Amended Complaint appropriate for service of process.

The Court's order does not prevent the individuals from moving to dismiss on the basis that they were wrongly identified or on other grounds, after they appear in this action.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. R. Melkonian and M. Martinez are substituted into the case in place of Unknown Officers 1 and 2. The Clerk of Court is directed to reflect this substitution on the Court's docket;

2. Service is appropriate for the following defendant(s):

    **a. R. Melkonian, a correctional officer at Fresno County Jail; and**

    **b. M. Martinez, a correctional officer at Fresno County Jail;**

3. The Clerk of Court is directed to prepare the service documents for this case, but shall leave all sections asking for Defendants' addresses blank. When the Clerk forwards the service documents to the United States Marshals Service, the Clerk shall also send Defendants' addresses to the United States Marshals Service in an envelope marked confidential. Additionally, when completing the service documents, the Clerk shall include a copy of this order for each defendant.

IT IS SO ORDERED.

Dated: **July 2, 2018**              /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE