UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>        Plaintiff,<br><br>    v.<br><br>R. MELKONIAN,<br><br>        Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S FAILURE TO COMPLETE AND RETURN SUBPOENA<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF BLANK SUBPOENA<br><br>THIRTY-DAY DEADLINE |

        Trenell Monson ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

        On June 27, 2019, the Court granted Plaintiff's motion for the issuance of a subpoena and directed Plaintiff to complete and return the subpoena (form AO 88B) and the USM-285 form. (ECF No. 50). On June 10, 2019, the Court received a completed USM-285 form. However, the Court did not receive a completed subpoena.

        Accordingly, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to complete and return the subpoena (form AO 88B).

///

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time of the incidents described in the complaint.

1

Additionally, the Clerk of Court is DIRECTED to send Plaintiff a blank subpoena (form AO 88B).

IT IS SO ORDERED.

Dated: __**July 18, 2019**__   /s/ Eric P. Grojean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE