UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MELKONIAN,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR<br><br>ORDER FOR WARDEN AND LITIGATION COORDINATOR OF USP LOMPOC TO SHOW CAUSE WHY THEY SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE WARDEN AND LITIGATION COORDINATOR AT USP LOMPOC |

Plaintiff, Trenell Monson, is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is currently confined at USP Lompoc U.S. Penitentiary located in Lompoc, California.

As described below, Plaintiff failed to appear at a telephonic court appearance despite notice to Plaintiff and his institution of confinement. The Court therefore orders the Plaintiff to show cause why he should not be sanctioned for failure to appear at the telephonic conference. The Court also orders the Warden of USP Lompoc and the Litigation Coordinator at USP Lompoc to show cause why they should not be sanctioned for failure to make Plaintiff available for his telephonic appearance.

1

On January 25, 2019, the Court entered a scheduling order in this case. (ECF No. 47.) As part of the scheduling order, the Court set a telephonic discovery and status conference for July 31, 2019, at 1:30 p.m. (*Id.*) The order stated:

> A discovery and status conference is set for **July 31, 2019, at 1:30 p.m**. Parties have leave to appear by phone. To join the conference, each party is directed to call the toll-free number **(888) 251-2909** and use **Access Code 1024453.**
>
> . . .
>
> Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the discovery and status conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above.

(*Id.* at 4.) The scheduling order was served by mail on Plaintiff and the Litigation Coordinator at Plaintiff's institution of confinement.

On July 1, 2019, the Court issued a confirming minute order, reiterating that a telephonic discovery and status conference was set for July 31, 2019, at 1:30 p.m. (ECF No. 51.) This confirming minute order was served by mail on Plaintiff, the Warden of USP Lompoc, and the Litigation Coordinator at USP Lompoc.

The Court attempted to hold the conference on the date and time ordered. The undersigned Judge and her court staff were present. Defense Counsel Leslie M. Dillahunty appeared telephonically on behalf of Defendant, R. Melkonian. However, Plaintiff failed to appear. After waiting approximately ten minutes, the Court ended the conference due to Plaintiff's failure to appear.

Accordingly, the Court will order Plaintiff to show cause why he should not be sanctioned for failing to appear at the conference. The Court will also order the Warden of USP Lompoc and the Litigation Coordinator at USP Lompoc to show cause why they should not be sanctioned for failing to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference. (*See* ECF No. 47 at 4; ECF No. 51.)

Accordingly, IT IS ORDERED:

1. Plaintiff shall show cause why sanctions should not issue for his failure to attend the conference. Plaintiff has until August 21, 2019, to file a written response

2

explaining why he did not attend the conference;

2. The Warden and Litigation Coordinator of USP Lompoc shall show cause why sanctions should not issue for their failure to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference. The Warden and Litigation Coordinator have until August 21, 2019, to file a written response explaining why they did not make Plaintiff available for the conference;

3. The Warden and Litigation Coordinator are granted leave to file a joint response to this order to show cause;

4. The Court will determine whether to reschedule the conference after receiving responses to this order; and

5. The Clerk of Court is directed to serve a copy of this order on the Warden of USP Lompoc and on the Litigation Coordinator for USP Lompoc.

IT IS SO ORDERED.

Dated: **July 31, 2019**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE