UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>          Plaintiff,<br><br>    v.<br><br>R. MELKONIAN,<br><br>          Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

      The Court previously granted Plaintiff's motion for the issuance of a subpoena upon the Fresno County Sheriff's Office. (ECF No. 50). Plaintiff has now completed and returned the subpoena and USM-285 form.

      As Plaintiff did not specify a response date, the Court will give the Fresno County Sheriff's Office three weeks from the date of service of the subpoena to respond to the subpoena.

      Additionally, the Court will not order Plaintiff to be transported to Fresno for inspection of the material. Instead, if there is any material to be produced, the Fresno County Sheriff's Office shall mail the material to Trenell Monson, 75667-097, at USP Lompoc (3901), U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436-2706.

      Accordingly, it is HEREBY ORDERED that:

1

1. The Fresno County Sheriff's Office has three weeks from the date of service of the subpoena to respond to the subpoena.
2. The Fresno County Sheriff's Office shall mail the material to be produced, if any, to Trenell Monson, 75667-097, at USP Lompoc (3901), U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436-2706.
3. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
4. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.
5. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the Fresno County Sheriff's Office pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
6. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.
7. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: **August 9, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE