# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. MELKONIAN,<br><br>　　　　Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER REQUIRING RESPONSE FROM FRESNO COUNTY SHERIFF'S OFFICE AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF NO. 80)<br><br>ORDER DIRECTING CLERK TO MAIL A COPY OF THIS ORDER TO THE SHERIFF OF FRESNO COUNTY |

Trenell Monson ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. He is currently confined at the United States Penitentiary in Lompoc, California.

On February 26, 2020, Plaintiff filed a response to Defendant's Rand Notice. (ECF No. 80). Plaintiff alleges that he has not received the documents from Fresno County Sheriff's Office that the Court ordered it to produce.[2] Thus, Plaintiff is unable to prepare his opposition to Defendant's motion for summary judgment or file his own motion for summary judgment.

Given Plaintiff's allegation, the Court will require Fresno County Sheriff's Office to respond, and will give Plaintiff additional time to file his opposition to Defendant's motion for summary judgment.

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time of the incidents described in the complaint.

[2] On November 20, 2019, the Court ordered Fresno County Sheriff's Office to produce video footage and documents to Plaintiff within thirty days. (ECF No. 76).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Fresno County Sheriff's Office has fourteen days from the date of service of this order to file a response to Plaintiff's February 26, 2020 filing (ECF No. 80).
2. Plaintiff has forty-five days from the date of service of this order to file his opposition to Defendant's motion for summary judgment.[3]
3. The Clerk of Court is directed to mail a copy of this order to: Sheriff Margaret Mims, 2200 Fresno Street, Fresno, CA 93721.

IT IS SO ORDERED.

Dated: **February 27, 2020**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[3] The Court may extend this deadline further, depending on Fresno County Sheriff's Office's response.