UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>    Plaintiff,<br><br>v.<br><br>R. MELKONIAN,<br><br>    Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S RAND NOTICE<br><br>(ECF NO. 80)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO ASSISTANT UNITED STATES ATTORNEY EDWARD OLSEN AND THE WARDEN OF USP LOMPOC |

    Trenell Monson (75667-097), the plaintiff in this action, is proceeding *pro se* and *in forma pauperis*. Plaintiff is currently incarcerated at United States Penitentiary, Lompoc ("USP Lompoc"), and it appears that Plaintiff has been incarcerated there since approximately November of 2018.

    On November 20, 2019, the Court ordered Fresno County Sheriff's Office to produce video footage and documents relevant to this action to Plaintiff within thirty days. (ECF No. 76).

    On February 26, 2020, Plaintiff filed a notice, alleging that he has not received the documents or video footage. (ECF No. 80). Plaintiff alleges that without this evidence he is unable to prepare his opposition to Defendant's motion for summary judgment or file his own motion for summary judgment.

1

On February 28, 2020, Fresno County Sheriff's Office filed a response to Plaintiff's filing, including evidence that it served the documents and video footage on Plaintiff on December 20, 2019. (ECF No. 82).

Given Plaintiff's allegations that he has not received the documents or video footage, as well as Fresno County Sheriff's Office's evidence that the documents and video footage were served over two months ago, the Court requested that the Warden of USP Lompoc file a response. (ECF No. 84).

The Warden filed his response on March 15, 2020.[1] (ECF No. 85). According to the Warden, a package containing documents and a disc were received by Plaintiff's institution. (Id. at 2). "Plaintiff can view the materials by sending a written request to his unit team or by speaking to his unit team or the Education Department. Plaintiff's unit team has spoken to Plaintiff about the materials and has provided instructions on how to access the documents and disc." (Id.) (citations omitted).

In light of the Warden's response, the Court will take no further action at this time. The Court notes that it already extended the deadline for Plaintiff to respond to Defendant's motion for summary judgment (ECF No. 81, p. 2), and that Plaintiff may file a motion for a further extension of the deadline if he needs additional time to respond.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Assistant United States Attorney Edward Olsen and the Warden of USP Lompoc with a copy of this order.

IT IS SO ORDERED.

    Dated: **March 16, 2020**      /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court appreciates the Warden's prompt response.