UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>R. MELKONIAN,<br><br>                    Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING, TRIAL, AND RELATED DEADLINES<br><br>ORDER DIRECTING DEFENDANT TO SEND PLAINTIFF A COPY OF HIS MOTION FOR SUMMARY JUDGMENT<br><br>ORDER DENYING PLAINTIFFF'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT AND MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES AS MOOT<br><br>(ECF NOS. 89 & 90) |

Trenell Monson ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 11, 2020, Plaintiff filed a motion for an extension of time to file his opposition to Defendant's motion for summary judgment, and a motion for an extension of time to file his pretrial statement and motion for attendance of incarcerated witnesses. (ECF Nos. 89 & 90). Plaintiff states that his institution of confinement is on lockdown due to the coronavirus. The law

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time of the incidents described in the complaint.

1

library is shut down and Plaintiff does not have access to the phones.  Plaintiff asks for an extension of time to file his opposition to Defendant's motion for summary judgment, as well as an extension of time to file his motion for attendance of incarcerated witnesses and his pretrial statement.  Plaintiff also states, for the first time, that he has not received a copy of Defendant's motion for summary judgment.

The Court finds good cause to grant Plaintiff's motion for an extension of time to file his opposition to Defendant's motion for summary judgment.  The Court will also direct Defendant to re-serve a copy of the motion on Plaintiff, including the Rand warning and all attachments.

As the Court is extending Plaintiff's deadline to respond to the motion for summary judgment, as Plaintiff is having difficulty meeting the pretrial deadlines, and as the telephonic trial confirmation hearing is less than three months away, the Court will vacate the telephonic trial confirmation hearing, the trial, and all related deadlines (including the deadlines for the parties to file their pretrial statements and motions for incarcerated witnesses).  If necessary, the Court will reset these deadlines after the motion for summary judgment has been resolved.  As the Court is vacating these deadlines, the Court will deny Plaintiff's motion for an extension of time to file his pretrial statement and motion for attendance of incarcerated witnesses as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file his opposition to Defendant's motion for summary judgment (ECF No. 89) is GRANTED.
2. Defendant has fourteen days from the date of service of this order to re-serve a copy of his motion for summary judgment on Plaintiff, including the Rand warning and all attachments.
3. Plaintiff has forty-five days from the date of service of this order to file his opposition to Defendant's motion for summary judgment.
4. The telephonic trial confirmation hearing, the trial, and all related deadlines are VACATED.

///

///

5. Plaintiff's motion for an extension of time to file his pretrial statement and motion for attendance of incarcerated witnesses (ECF No. 90) is DENIED as moot.

IT IS SO ORDERED.

Dated: __**May 13, 2020**__                    /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE