UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>      Plaintiff,<br><br>  v.<br><br>R. MELKONIAN,<br><br>      Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR THIRD PARTY SUBPOENA<br><br>(ECF NOS. 93 & 94) |

Trenell Monson, the plaintiff in this action, is proceeding *pro se* and *in forma pauperis*. Plaintiff is currently incarcerated at United States Penitentiary, Lompoc.

On May 28, 2020, Plaintiff filed two motions for a third party subpoena. (ECF Nos. 93 & 94).

Plaintiff's motions will be denied. Non-expert discovery closed in this case on September 20, 2019 (ECF No. 47), and Defendant filed his motion for summary judgment on January 17, 2020 (ECF No. 77). Plaintiff does not explain why he should now be allowed to conduct additional non-expert discovery.

Accordingly, IT IS ORDERED that Plaintiff's motions for a third party subpoena are DENIED.

IT IS SO ORDERED.

   Dated:   **May 29, 2020**　　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE