UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL MONSON,<br><br>                                Plaintiff,<br><br>v.<br><br>R. MELKONIAN,<br><br>                                Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO REPLY TO WARDEN'S RESPONSE (ECF NO. 100) |

      Trenell Monson ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On August 7, 2020, Plaintiff filed a motion for an extension of time to file his response to Defendant's motion for summary judgment. (ECF No. 98). Plaintiff alleged that he is still waiting to view the video footage of the incident and is still on the waiting list to go to the law library to view it.

      The Court granted Plaintiff's motion. (ECF No. 99). As the case has been repeatedly delayed due to this alleged lack of access to the video footage and law library, the Court also requested that the Warden of USP Lompoc file a response to the order, indicating when Plaintiff will be able to view the video footage. (Id.).

      On August 24, 2020, the Warden filed his response. (ECF No. 100). In the response, the

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time of the incidents described in the complaint.

1

Warden appears to allege that Plaintiff viewed the video footage prior to filing the August 7, 2020 motion for an extension of time.

As this contradicts the allegations in Plaintiff's motion,[2] the Court will direct Plaintiff to file a reply to the Warden's response. The Court notes that Plaintiff may be subject to sanctions if it made a false representation in a motion to the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff has twenty-one days from the date of service of this order to file a reply to the Warden's response.

IT IS SO ORDERED.

Dated:  **August 25, 2020**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff also alleged that he was not able to view the video footage in the motion for an extension of time filed on April 1, 2020, and in the motion for extension of time filed on May 11, 2020. (ECF Nos. 87 & 89).