1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

| | |
|---|---|
| TRENELL MONSON,<br><br>                                    Plaintiff,<br><br>           v.<br><br>R. MELKONIAN,<br><br>                                    Defendant. | Case No. 1:17-cv-00395-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION<br>FOR COURT TO REVIEW DISCOVERY<br>FOOTAGE, WITHOUT PREJUDICE<br><br>(ECF No. 102) |

15    Trenell Monson ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this

16    civil rights action filed pursuant to 42 U.S.C. § 1983.

17    On August 26, 2020, Plaintiff filed a motion for the Court to review discovery footage.

18    (ECF No. 102).  Plaintiff alleges that the quality of the discovery footage held by his institution of

19    confinement appears to have declined.  Plaintiff wants to make sure the quality is good before

20    Plaintiff submits the video to the Court for trial.  Plaintiff asks the Court to order his institution of

21    confinement to send the Court a copy of the video so the Court can review it.

22    Plaintiff's motion will be denied, without prejudice.  No trial is currently scheduled in this

23    case.  Thus, at this time there is no need for a copy of the footage to be sent to the Court.  If a trial

24    is scheduled, Plaintiff may renew this motion, and the Court may request that Defendant or

25    Fresno County Sheriff's Office provide the Court with a copy of the redacted footage so that it

26    can be presented at trial.  Plaintiff may also renew this motion if he wants the Court to review the

27

28

---

[1] Plaintiff has alleged that he was a pretrial detainee at the time of the incidents described in the complaint.

1

1  video footage when ruling on Defendant's motion for summary judgment.  If he does, the Court

2  may request that Defendant or Fresno County Sheriff's Office provide the Court with a copy of

3  the redacted footage.

4        Accordingly, IT IS ORDERED that Plaintiff's motion for the Court to review discovery

5  footage is DENIED without prejudice.

6

7  IT IS SO ORDERED.

8     Dated:   **August 28, 2020**              /s/ Erica P. Grosjean

9                                            UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28